UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CARISSA VAUGHN,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:23-cv-00320-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Plaintiff Carissa Vaughn ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Motion for Extension of Time, up through and including May 12, 2023 for Lincoln to answer, present defenses, or otherwise respond to Plaintiff's Complaint for Life Insurance Benefits ("Complaint").

IT IS HEREBY ORDERED that Lincoln shall file its responsive pleading to the Complaint no later than May 12, 2023.

DATED this 6th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 1
Case No. 2:23-cv-00320-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7052 | Fax: 206.693.7058

Presented by:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

*Attorneys for Defendant Lincoln National Life Insurance Company*


Approved as to Form; Presentation Waived

THE WOOD LAW FIRM, PLLC

By: */s/ John Walker Wood*
    John Walker Wood, WSBA #39120
    800 Fifth Avenue, Suite 4100
    Seattle, WA  98104
    Telephone:  (206) 650-0765
    Facsimile:  (206) 577-5380
    Email: john@woodfirm.com

ERIC BUCHANAN & ASSOCIATES

By: */s/ Noah A. Breazeale*
By: */s/ Hudson T. Ellis*
    Noah A. Breazeale, TN Bar #037152
    *(admitted Pro Hac Vice)*
    Hudson T. Ellis, TN Bar #028330
    *(admitted Pro Hac Vice)*
    414 McCallie Avenue
    Chattanooga, TN  37402
    Telephone:  (423) 634-2506
    Facsimile:  (423) 634-2505
    Email: nbreazeale@buchanandisability.com
        ellish@buchanandisability.com

*Attorneys for Plaintiff Carissa Vaughn*

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 2
Case No. 2:23-cv-00320-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7052 | Fax: 206.693.7058