Honorable Judge Ricardo S. Martinez

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| CARISSA VAUGHN, | Case No. 2:23-cv-00320-RSM |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff, Carissa Vaughn, and Defendant, The Lincoln National Life Insurance Company, have filed their Joint Stipulation noting the above-styled action and all claims contained therein have been settled to the parties' satisfaction and should be dismissed with prejudice.

IT IS HEREBY ORDERED that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear its own fees and costs.

DATED:  September 14, 2023

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:


ERIC   BUCHANAN   &   ASSOCIATES,
PLLC

By: */s/ Noah Alexander Breazeale*
Noah Alexander Breazeale *(Admitted Pro Hac Vice)*
414 McCallie Avenue
Chattanooga, TN 37402
Telephone:  (423) 634-2506
Facsimilie: (423) 634-2505
Email:nbreazeale@buchanandisability.com
Email:  court@buchanandisability.com

*Attorneys for Plaintiff Carissa Vaughn*

THE WOOD LAW FIRM

By: */s/ John Walker Wood*
    John Walker Wood, WSBA #39120
    701 5th Avenue, Suite 4200
    Seattle, WA 98104
    Telephone:  (206) 650-0765
    Facsimile:  (206) 577-5380
    Email: john@woodfirm.com

    *Attorneys for Plaintiff Carissa Vaughn*

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA # 41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7057
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2023, I served the foregoing [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE on the following parties via the method(s) below:

Russell S. Buhite, WSBA # 41257
1201 Third Avenue, Suite 5150
Seattle, WA   98101
Telephone:  (206) 693-7057
Facsimile:  (206) 693-7058
Email: russell.buhite@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

Jenny Wang
Ogletree Deakins
Park Tower
695 Town Center Drive
Fifteenth Floor
Costa Mesa, CA 92626
Telephone: 714-800-2302
jenny.wang@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 13th day of September 2023

By: */s/ Noah Breazeale*
Noah A. Breazeale